MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Fax: (408) 535-5066
E-Mail: Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12 - 00464 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [] ORDER |
| v. | ) | |
| | ) | |
| JAMES GOULD, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, the parties were scheduled for a status hearing before this Court on October 18, 2012, as to further proceedings in connection with this matter, but which has been reset via clerk's notices to November 8, 2012;

WHEREAS, defense counsel is continuing to review documents in connection with evaluating and analyzing this matter and government is in the process of responding to additional discovery issues raised by the defendant;

WHEREAS, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

THEREFORE, the parties mutually and jointly agree that time should be excluded from

STIPULATION AND ] ORDER
[12 - 00464 DLJ]                                1

1  October 18, 2012, up and including November 8, 2012.  The parties agree that excluding time
2  until November 8, 2012, is necessary, given the need to maintain continuity of counsel.   The
3  parties also agree that failing to grant a continuance would deny counsel for the defense the
4  reasonable time necessary for effective preparation and continuity of counsel, taking into account
5  the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Finally, the parties agree that
6  the ends of justice served by excluding time from October 18, 2012, until November 8, 2012,
7  outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
8  **STIPULATED:**

10  DATED: October 18, 2012            /s/
                                       DIANA GARRIDO
11                                     Attorney for JAMES GOULD

14  DATED: October 18, 2012            /s/
                                       TIMOTHY J. LUCEY
15                                     Assistant United States Attorney

17  **ORDER**
18       For good cause shown, the Court enters this order excluding time from October 18, 2012,
19  up to and including November 8, 2012.  Specifically, the parties agree, and the Court finds and
20  holds that such that time should be excluded until November 8, 2012, and furthermore that
21  failing to grant a continuance and exclude time until November 8, 2012, would unreasonably
22  deny the defendant effective preparation of counsel, taking into account the exercise of due
23  diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).
24  ////
25  ////
26  ////
27  ////
28  ////

Finally, the parties agree, and the Court finds and holds, that the ends of justice served by excluding time from October 18, 2012, through November 8, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:_____    _____
                              **HONORABLE D. LOWELL JENSEN**
                              **United States District Court**

STIPULATION AND [] ORDER
[12 - 00464 DLJ]                              3