1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant GOULD
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,    )  No. CR-12-00464 DLJ
                                  )
13 |          Plaintiff,           )  STIPULATION AND []
                                  )  ORDER RE: BRIEFING SCHEDULE
14 | vs.                           )
                                  )
15 | JAMES GOULD, JR.,             )
                                  )
16 |          Defendant.           )
   |_____)

17

18                          **STIPULATION**

19     Defendant James Gould, Jr., by and through Assistant Federal Public Defender Diana A.

20 Garrido, and the United States, by and through Assistant United States Attorney Timothy Lucey,

21 hereby stipulate that, with the Court's approval, the briefing schedule for the defendant's motion

22 to suppress, which is set to be heard on Thursday, December 6, 2012, shall be as follows:

23     Defendant's motion shall be filed no later than Thursday, November 15, 2012;

24     Government's response shall be filed no later than Thursday, November 29, 2012;

25     Defendant's reply, if any, shall be filed no later than Tuesday, December 4, 2012.

26 ///

1 | Time has previously been excluded through and including December 6, 2012.

2 | IT IS SO STIPULATED.

STEVEN G. KALAR
Federal Public Defender

Dated: November 15, 2012          _____/s/_____
                                  DIANA A. GARRIDO
                                  Assistant Federal Public Defender

MELINDA HAAG
United States Attorney

Dated: November 15, 2012          _____/s/_____
                                  TIMOTHY LUCEY
                                  Assistant United States Attorney

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule for the defendant's motion to suppress shall be as follows:

Defendant's motion shall be filed no later than Thursday, November 15, 2012;

Government's response shall be filed no later than Thursday, November 29, 2012;

Defendant's reply, if any, shall be filed no later than Tuesday, December 4, 2012.

IT IS SO ORDERED.

Dated: ____FFDCEFG____          _____
                                THE HONORABLE D. LOWELL JENSEN
                                United States District Court Judge