MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   E-Mail: Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12 - 00464 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER |
| v. | |
| JAMES GOULD, JR., | |
| Defendants. | |

WHEREAS, the parties are scheduled for a status hearing before this Court on July 11, 2013, as to further proceedings in connection with this matter;

WHEREAS, defense counsel is continuing to review documents and data in connection with evaluating and analyzing this matter and government is in the process of responding to additional discovery issues raised by the defendant and where the Federal Public Defender has reassigned this matter to another attorney in its San Jose office;

WHEREAS, counsel for the United States is unexpectedly on official travel out of the District on July 11, 2013, and unavailable to appear before this Court;

WHEREAS, in light of the foregoing, counsel for the parties jointly agree and stipulate that a continuance of this matter is appropriate in order to ensure effective preparation of counsel

1. and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7), and that based on their respective
2. calendars and the period needed for the aforementioned discovery matters, an appropriate date
3. for a status hearing is Thursday, July 25, 2013;
4.     THEREFORE, the parties mutually and jointly stipulate that the matter be continued until
5. July 25, 2013, and further jointly stipulate and agree that time should be excluded from July 11,
6. 2013, up to and including July 25, 2013. The parties agree that excluding time until July 25,
7. 2013, is necessary, given the need to maintain continuity of counsel. The parties also agree that
8. failing to grant a continuance would deny counsel for the defense the reasonable time necessary
9. for effective preparation and continuity of counsel, taking into account the exercise of due
10. diligence. See 18 U.S.C. § 3161(h)(7). Finally, the parties agree that the ends of justice served
11. by excluding time from July 11, 2013, until July 25, 2013, outweigh the best interest of the
12. public and the defendant in a speedy trial. Id. § 3161(h)(7).
13. **STIPULATED:**
14. DATED: July 10, 2013               _____/s/_____
15.                                                  CYNTHIA LIE
                                                 Attorney for JAMES GOULD, JR.
16.
17. DATED: July 10, 2013               _____/s/_____
                                                 TIMOTHY LUCEY
18.                                                  Assistant United States Attorney
19. **ORDER**
20.     For good cause shown, the Court enters this order excluding time from July 11, 2013, up
21. to and including July 25, 2013. Specifically, the parties agree, and the Court finds and holds that
22. such that time should be excluded until July 11, 2013, and furthermore that failing to grant a
23. continuance and exclude time until July 25, 2013, would unreasonably deny the defendant
24. effective preparation of counsel and continuity of counsel, taking into account the exercise of
25. due diligence. See 18 U.S.C. § 3161(h)(7). Finally, the parties agree, and the Court finds and
26. holds, that the ends of justice served by excluding time from July 11, 2013, through July 25,
27. 2013,
28. ////

outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7).

**IT IS SO ORDERED.**

**DATED:**_____  _____
HON. D. LOWELL JENSEN
United States District Court