| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant GOULD |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00464 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | HEARING AND EXCLUDE TIME UNDER |
| vs. | ) | THE SPEEDY TRIAL ACT |
| | ) | |
| JAMES GOULD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant James Gould and the government hereby stipulate and agree that the next status hearing, currently scheduled for Thursday, October 3, 2013, may be continued to Thursday, November 21, 2013, at 9 a.m. The reason for the requested continuance is that the parties continue in their settlement negotiations and the defense is engaged in ongoing investigation. Accordingly, the parties further stipulate that the time through and including November 21, 2013, may be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: October 2, 2013

                                                          s/_____
                                                          TIMOTHY LUCEY
                                                          Assistant United States Attorney

Dated: October 2, 2013

                                                s/_____
                                                CYNTHIA C. LIE
                                                Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00464 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | STATUS HEARING AND EXCLUDE |
| vs. | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| JAMES GOULD, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, October 3, 2013, shall be continued to Thursday, November 21, 2013, at 9 a.m.

It is further ordered that the time through and including November 21, 2013, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: October __G__, 2013

_____
HON. D. LOWELL JENSEN
United States District Judge