IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00464 DLJ |
| Plaintiff, | ) ) | [] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE |
| vs. | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| JAMES GOULD, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, December 12, 2013, shall be continued to Thursday, January 9, 2014, at 9:00 a.m.

It is further ordered that the time through and including January 9, 2014, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for continuity and effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: December 32, 2013

_____
HON. D. LOWELL JENSEN
United States District Judge

[] Order to Exclude Time
CR 12-00464 DLJ                                    1